This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KYLE J. MARTIN,**

Petitioner-Appellant,

v.                                                  **NO. 31,123**

**SHONNA L. HERRING,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Ralph D. Shamas, District Judge**

Kyle J. Martin
Roswell, NM

Pro Se Appellant

Kraft & Hunter LLP
Dustin K. Hunter
Roswell, NM

for Appellee

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

Father appeals the district court's order awarding attorney fees and a witness fee to Mother. We proposed to affirm in part and reverse in part in a calendar notice. We have received no memorandum in opposition to our calendar notice and the time for doing so has passed. *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice."). We therefore affirm the judgment for attorney fees in favor of Mother, we reverse the award of a witness fee to Mother, and we direct the district court to adjust the judgment accordingly.

**IT IS SO ORDERED.**

_____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**TIMOTHY L. GARCIA, Judge**